**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Dayo Beverly |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California  ▾ |
| Case number (if known) | 1:26-bk-10131-VK |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** SN Servicing Corporation
Creditor's Name
323 5th Street
Number          Street

Eureka          CA   95501
City             State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  09/07/2016

Describe the property that secures the claim:

Real Property located at: 5434 Nestle Ave, Taraza, CA 92356

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$ 1,273,621.21    $ 1,000,000.00    $ 273,621.21

**2.2** Capital One Auto Finance
Creditor's Name
P.O. Box 30285
Number          Street

Salt Lake City   UT   84131
City             State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

2023 Mercedes-Benz GLA

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  9  9  3  3

$ 24,581.23    $ 20,000.00    $ 4,581.23

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 1,298,202.44

Debtor 1 _____Dayo_____Beverly_____        Case number (if known)___1:26-bk-10131-VK_____
          First Name    Middle Name    Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

_____        **Describe the property that secures the claim:**    $_____  $_____  $_____
Creditor's Name

_____
Number        Street

_____        **As of the date you file, the claim is:** Check all that apply.
                                          ☐ Contingent
_____        ☐ Unliquidated
City            State    ZIP Code         ☐ Disputed

**Who owes the debt?** Check one.          **Nature of lien.** Check all that apply.
☐ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                car loan)
☐ Debtor 1 and Debtor 2 only               ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
                                           ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a
   community debt**

Date debt was incurred _____      Last 4 digits of account number ___ ___ ___ ___

_____        **Describe the property that secures the claim:**    $_____  $_____  $_____
Creditor's Name

_____
Number        Street

                                          **As of the date you file, the claim is:** Check all that apply.
_____        ☐ Contingent
City            State    ZIP Code         ☐ Unliquidated
                                          ☐ Disputed
**Who owes the debt?** Check one.
☐ Debtor 1 only                            **Nature of lien.** Check all that apply.
☐ Debtor 2 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only                   car loan)
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
                                           ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a       ☐ Other (including a right to offset) _____
   community debt**

Date debt was incurred _____      Last 4 digits of account number ___ ___ ___ ___

_____        **Describe the property that secures the claim:**    $_____  $_____  $_____
Creditor's Name

_____
Number        Street

                                          **As of the date you file, the claim is:** Check all that apply.
_____        ☐ Contingent
City            State    ZIP Code         ☐ Unliquidated
                                          ☐ Disputed
**Who owes the debt?** Check one.
☐ Debtor 1 only                            **Nature of lien.** Check all that apply.
☐ Debtor 2 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only                   car loan)
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
                                           ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a       ☐ Other (including a right to offset) _____
   community debt**

Date debt was incurred _____      Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $_____ |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $_____ |

Debtor 1    Dayo Beverly
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* 1:26-bk-10131-VK

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Ghidotti Berger
Name

1920 Old Tustin Avenue
Number　　Street

Santa Ana　　　　　CA　　　92705
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? 2.1

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number　　Street

_____

_____
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number　　Street

_____

_____
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number　　Street

_____

_____
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number　　Street

_____

_____
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

☐ _____
Name

_____
Number　　Street

_____

_____
City　　　　　　　　State　　ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___