RoseAnn Frazee (SBN: 262516)
FRAZEE LAW GROUP
5133 Eagle Rock Blvd
Los Angeles, CA 90041
Phone: (323) 274-4287
Fax: (323) 967-7600
rfrazee@frazeelawgroup.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| IN RE:<br><br>Dayo Beverly,<br><br>Debtor. | Case No.: 1:26-bk-10131-MB<br><br>Chapter 7<br><br>**SUPPLEMENTAL DECLARATION OF DAYO BEVERLY** |

I, Dayo Beverly, am the Debtor in this case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

1. The real property located at 2401 Westgrove Drive, Charlotte, North Carolina (the "Westgrove Property") was purchased using an LLC called SIRQA LLC. A true and correct copy of the articles of organization for SIRQA LLC is attached as Exhibit A. I was not a member of SIRQA LLC, but I did personally guarantee the loan held by Bank of America and secured by the Westgrove Property.

2. I did not file any bankruptcy petition on January 17, 2013, and assigned case number 6:13-bk-10878-MJ. I strongly suspect that a member of SIRQA LLC fraudulently filed this case under my name, but I don't have any proof.

3. The Amended Statement of Related Cases filed on July 2, 2025, in Case No. 1:25-bk-10820 was not prepared by me. It was prepared by the attorney that represented me at the time, Juanita Miller, Esq. and was likely prepared in response to the Trustee's Objection to Confirmation of Plan filed on June 24, 2025, as docket number 39 in that same case. The Amended Statement of Related Cases erroneously indicated that I filed two chapter 13 cases back in 2013. The only bankruptcy case I filed in 2013 was the Chapter 7 case assigned case number 1:13-bk-13697-AA. The two chapter 13 petitions filed under my name in 2013 do not include my correct address nor do they include my actual signature.

4. When I filed the bankruptcy case on September 9, 2025, and assigned case number 1:25-bk-11660-MB, I was not represented by an attorney and did not fill out the paperwork as carefully as I should have. I erroneously forgot to fill in my social security number on the petition. I did file a statement of social security number with the court in that case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on September 4, 2026, in Los Angeles, California.

By________________________________
Dayo Beverly

# EXHIBIT A

# ARTICLES OF ORGANIZATION
# FOR
# SIRQA LLC
# A DELAWARE Corporation

I, the undersigned, being the original incorporator herein named, for the purpose of forming a LLC and/or Corporation under the General Corporation Laws of the State of Delaware, to do business within and without the State of California, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true:

## ARTICLE I
NAME

The name of the Corporation is SIRQA LLC.

## ARTICLE II
RESIDENT AGENT & REGISTERED OFFICE

Section 2.01. Resident Agent. The name and address of the Resident Agent for service of process is 7560 Vantage Ave., N. Hollywood CA 91605

Section 2.02. Registered Office. The address of its Registered Office is 7560 Vantage Ave., N. Hollywood CA 91605. The address of the Registered Office is 4507 Balboa Blvd Encino, CA 91423.

Section 2.03. Other Offices. The Corporation may also maintain offices for the transaction of any business at such other places within or without the State of California as it may from time to time determine. Corporate business of every kind and nature may be conducted, and meetings of Directors and Stockholders held outside the State of California with the same effect as if in the State of California.

## ARTICLE III
PURPOSE

The Corporation is organized for the purpose of engaging in any lawful activity, within or without the State of Delaware.

## ARTICLE IV
SHARES OF STOCK

Section 4.01. Number and Class. The Corporation shall authorize the insurance of a single class of Capital Stock in the amount of twenty-five million (25,000,000) shares of Common Stock, at $.001 par value.

Notwithstanding the foregoing these Articles hereby vest the Board of Directors of the Corporation with such authority as may be necessary to prescribe such classes, series and numbers of each class or series of Stock. In addition the Board is hereby vested with such authority as may be necessary to prescribe the voting powers, designations, preferences, limitations, restrictions and relative rights of each class or series of Stock created. All classes of Stock

may be issued from time to time without action by Stockholders.

Section 4.02. No Preemptive Rights. Unless otherwise determined by the Board of Directors, holders of the Stock of the Corporation shall not have any preference, preemptive right, or right of subscription to acquire any shares of the Corporation authorized, issued or sold, or to be authorized, and convertible into shares of the Corporation, nor to any right of subscription thereto.

Section 4.03. Non-Assessability of Shares. The Shares of the Corporation, after the amount of the subscription price has been paid, in money, property or services, as the Directors shall determine, shall not be subject to assessment to pay the debts of the Corporation, nor for any other purpose, and no Stock is issued as fully paid shall ever be assessable or assessed, and the Articles of Incorporation shall not be amended in this particular.

## ARTICLE V
## DIRECTORS

Section 5.01. Governing Board. The members of the Governing Board of the Corporation shall be styled as Directors.

Section 5.02. Initial Board of Directors. The initial Board of Directors shall consist of not less than one (1), and not more than seven (7) members. The name and address of an initial member of the Board of Directors is as follows:

SOLE MEMBER: MICHAEL A. BRISCOE, SIRQA LLC

| NAME | ADDRESS |
|---|---|
| MICHAEL BRISCOE | 10100 Santa Monica Blvd.<br>CENTURY CITY CA |

This individual shall serve as Director until the first annual meeting of the Stockholders or until his successor(s) shall have been elected and qualified.
Section 5.03. Change in Number of Directors. The number of Directors may be increased or decreased by a duly adopted amendment to the By laws of the Corporation.

## ARTICLE VI
## INCORPORATOR

The name and address of the incorporators are MICHAEL BRISCOE
10100 Santa Monica Blvd. Century City CA 90067

**ARTICLE VII**

PERIOD OF DURATION

The Corporation is to have a perpetual existence.

IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of OCTOBER, 2010, hereby declaring and certifying that the facts stated hereinabove are true.

________________________________________

MICHAEL A. BRISCOE
(WESTBRIDGE MUTUAL LLC.)

________________________________________

IN WITNESS WHEREOF, Mr. Michael A. Briscoe declaration and certification of the facts stated on this 13th day of OCTOBER 2010.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5133 Eagle Rock Blvd, Los Angeles, CA 90041

A true and correct copy of the foregoing document entitled (*specify*): Supplemental Declaration of Dayo Beverly

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Attorney for Debtor: Roseann Frazee roseann@frazeelawgroup.com
Chapter 7 Trustee: Amy L Goldman marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
Secured Creditor: Amitkumar Sharma amit.sharma@aisinfo.com
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Interested Party: Dane W Exnowski: dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/08/2026 | Denali Purvis | |
| *Date* | *Printed Name* | *Signature* |